**FRANK & ASSOCIATES, P.C.**
THE WORKPLACE LAW FIRM

NEIL M. FRANK, ESQ.

July 15, 2016

**VIA ECF**

Honorable Steven Locke
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

       Re: Purzak v. Long Island Housing Services, Inc. et al.
         Index No. 12-cv-1747

Judge Locke:

On June 17, 2016, this firm filed a Notice of Appearance to represent Plaintiff in the above case and requested an extension of time to file a Motion to Compel which request was granted.

We must advise the Court that this firm, for numerous reasons, must respectfully request to withdraw as Plaintiff's counsel. Some reasons for this request are:

1. This firm has been unable to successfully conclude a Retainer Agreement with Plaintiff.
2. This firm and Plaintiff have a difference of opinion on how the case should proceed.
3. Plaintiff has not been cooperative and has not responded to this firm's urgent request in a timely manner.

For the reasons listed above, I respectfully request the Court grant this letter motion for this firm to withdraw as counsel for Plaintiff. We would also request the Court grant Plaintiff an extension of time to retain new counsel and file her Motion to Compel.

Thank you for your courtesies in this matter.

Respectfully submitted,

FRANK & ASSOCIATES, PC

Neil M. Frank
Cc: All counsel (Via ECF)